UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

D-1 ELENA SZILVAGYI,
D-2 AUTUMN RIDGE HOME
    HEALTH CARE, INC.,
D-3 JESSE M. CRUZ,

    Defendants.
_____/

Criminal No. 2:06-20062

Honorable Lawrence P. Zatkoff

## ORDER EXTENDING PLEA CUT-OFF DATE

**UPON THE STIPULATION** of the Government and the Defendants to extend the plea cut-off deadline;

**IT IS HEREBY ORDERED** that the plea cut-off deadline be extended to July 6, 2006 at 10 a.m.; and

**IT IS THE FINDING OF THE COURT** that the period of time from June 1, 2006, to the new plea cut-off date, July 6, 2006, would be excludable delay for purposes of calculation of the Speedy Trial Act, in that the Defendants' right to due

process and effective assistance of counsel, outweighs the interest of the public and the Defendants in a speedy trial.

                                           s/Lawrence P. Zatkoff
                                           LAWRENCE P. ZATKOFF
                                           UNITED STATES DISTRICT JUDGE

Dated:  May 30, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on May 30, 2006.

                                           s/Marie E. Verlinde
                                           Case Manager
                                           (810) 984-3290